JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISS GROUNDS CONTROL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FOUR SEASONS LANDSCAPE AND PROPERTY SERVICES, INC., a California corporation; DANIEL BLUMEL, an individual; TONY KUPER, an individual; BRIAN DALY, an individual; and DOES 1 through 10,<br><br>    Defendants. | Case No. CV12-10788 CAS (JCGx)<br><br>[Honorable Christina A. Snyder]<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| DANIEL BLUMEL, an individual,<br><br>    Cross-Complainant,<br><br>v.<br><br>ISS GROUNDS CONTROL, INC., a Delaware corporation, and ROES 11-20,<br><br>    Cross-Defendants. | |

1  The Court, having considered the Stipulation For Dismissal of Action With
2  Prejudice submitted by all parties, with each party to bear its own costs and
3  attorneys' fees, finds that good cause exists to dismiss the action in its entirety with
4  prejudice, and therefore, **IT IS HEREBY ORDERED that:**

5

6  1. The above-captioned action, including all claims and counterclaims, is
7     dismissed with prejudice; and
8  2. Each party will bear its own costs and attorneys' fees.

10  DATED: August 14, 2013

    *Christina A. Snyder*
    ———————————————
    Honorable Christina A. Snyder
    United States District Judge